**IN THE COURT OF APPEALS OF IOWA**

No. 14-0866
Filed April 8, 2015

**PHILIP AMOR and BRITTANY AMOR,**
        Plaintiffs-Appellees,

**vs.**

**BRADFORD HOUSER, RIVER RIDGE**
**PLACE, LLC and HOUSER**
**ENTERPRISES, INC.,**
        Defendants-Appellants.
_____

        Appeal from the Iowa District Court for Johnson County, Mitchell E.

Turner, Judge.


        A landlord appeals the district court order approving the tenants' motion

for class certification.  **AFFIRMED.**


        Richard L. Fehseke III of Fehseke & Gray Law Offices, Fort Madison, for

appellants.

        Christopher S. Warnock and Christine Boyer of Iowa Tenants' Project,

Iowa City, for appellees.


        Considered by Danilson, C.J., and Doyle and Tabor, JJ.

**TABOR, J.**

River Ridge Place, LLC, Houser Enterprises, Inc., and Bradford Houser appeal an order by the district court granting a motion by tenants Philip and Brittany Amor to certify a class action under Iowa Rules of Civil Procedure 1.261, 1.262, and 1.263. The Amors point out that we rejected a very similar challenge in *Staley v. Barkalow*, No. 12-1031, 2013 WL 2368825, at *8 (Iowa Ct. App. May 30, 2013) (holding tenants may show harm from a landlord's willful and knowing inclusion of illegal lease provisions even without enforcement by the landlord). Finding the district court correctly certified the class based on our analysis in *Staley*, we affirm without opinion under Iowa Rule of Appellate Procedure 6.1203(a) and (d).

**AFFIRMED.**